**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**BRYAN E. BOHM,**

       **Plaintiff,**

       **v.**                     **Case No. 25-C-1642**

**FRANK BISIGNANO,**
**Commissioner of Social Security,**

       **Defendant.**

---

**ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER**
**PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

---

This matter is before the Court on the parties' Stipulated Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), and the Court being duly advised, now **GRANTS** the motion. Dkt. No. 19.

**IT IS THEREFORE ORDERED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand this matter to an Administrative Law Judge (ALJ). On remand, the ALJ should give further consideration to the claimant's maximum residual functional capacity during the entire period at issue and provide rationale with specific references to evidence of record in support of assessed limitations. In so doing, the ALJ should evaluate the medical source opinions and/or prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 404.1520c. The ALJ should offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

Dated at Green Bay, Wisconsin this 23rd day of June, 2026.

_William C. Griesbach_
William C. Griesbach
United States District Judge
